THE PEOPLE OF THE STATE OF NEW YORK Respondent, v. SAMUEL JAFFE, Appellant.

(Submitted October 22, 1906; decided October 26, 1906.)

Motion for re-argument denied. (See 185 N. Y. 497.)

---

MAX GLUCKMAN et al., Respondents, v. SIMON STRAUCH et al., Appellants.

*Gluckman* v. *Strauch*, 99 App. Div. 361, affirmed.
(Argued October 15, 1906; decided November 13, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1904, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term, and granting a new trial in an action to restrain the alleged infringement of a trade mark.

*S. K. Lichenstein* and *W. F. Ashley, Jr.*, for appellants.

*John Ewen* and *Frederick E. Anderson* for respondents.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: GRAY, J.